IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:12-MC-13-FDW-DCK

| ROBERT W. MOFFAT, JR., | ) | |
|---|---|---|
| Petitioner, | ) | |
| v. | ) | ORDER |
| DEVON IT, INC., et al., | ) | |
| Respondents. | ) | |

**THIS MATTER IS BEFORE THE COURT** on the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 3) concerning Kerry A. Lawrence, filed January 10, 2012. Mr. Lawrence seeks to appear as counsel *pro hac vice* for Petitioner Robert W. Moffat, Jr.

Upon review and consideration of the motion, which was accompanied by submission of the necessary fee, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, Mr. Lawrence is hereby admitted to appear before the Court *pro hac vice* on behalf of Petitioner Robert W. Moffat, Jr.

Signed: January 11, 2012

David C. Keesler
United States Magistrate Judge