IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:12-MC-013-FDW-DCK

| | |
|---|---|
| ROBERT W. MOFFAT, JR., | ) |
| Petitioner, | ) |
| v. | ) ORDER |
| DEVON IT, INC., et al., | ) |
| Respondents. | ) |

**THIS MATTER IS BEFORE THE COURT** on Petitioner's "Motion To Quash Subpoena" (Document No. 1) filed January 10, 2012. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having fully considered the motion and the record, the undersigned will deny the motion as moot.

The undersigned's staff has been informed by Petitioner's counsel, and has confirmed with the firm representing Respondents, that the underlying subpoena has been withdrawn and that the deposition of Robert Moffat, Jr. scheduled for January 13, 2012 has been cancelled.

**IT IS, THEREFORE, ORDERED** that Petitioner's "Motion To Quash Subpoena" (Document No. 1) is **DENIED AS MOOT**.

Signed: January 12, 2012

David C. Keesler
United States Magistrate Judge